# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA CHMIL & TERRENCE E. CHMIL,<br><br>    Plaintiffs,<br><br>        v.<br><br>ARTHREX, INC.,<br><br>    Defendant. | NO. 3:18-CV-1616<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 22nd day of August, 2018, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge