**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA CHMIL and TERRENCE E. CHMIL, <br><br> Plaintiffs, <br><br> v. <br><br> ARTHREX, INC., <br><br> Defendant. | NO. 3:18-CV-01616 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 27th day of February, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 22) filed by Defendant Arthrex, Inc. is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge
